Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

COUNSEL FOR THE DUGABOY INVESTMENT TRUST

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re** § <br> § <br> **HIGHLAND SELECT EQUITY MASTER** § <br> **FUND, L.P.** § <br> § <br> **Debtor.** § | | **Case No. 23-31037-swe7** <br><br> **(Chapter 7)** |

**NOTICE REGARDING BRIEFING DEADLINE**

PLEASE TAKE NOTICE that, at the request of creditor The Dugaboy Investment Trust, Highland Select Equity Master Fund, L.P. ("Highland Select" or "Debtor") has agreed to extend the negative notice deadline for responses to Debtor's Motion to Transfer/Reassign Case [Dkt 9] (the "Motion"). It is agreed that parties in interest will have until **July 10, 2023, at 5:00 p.m. (Central Time)** to file any objection to the Motion.

Dated: July 4, 2023

Respectfully submitted,

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com
*Counsel for The Dugaboy Investment Trust*

AGREED
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
By: */s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189
PROPOSED ATTORNEYS FOR DEBTOR