# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| **DUGABOY INVESTMENT TRUST** and **HUNTER MOUNTAIN INVESTMENT TRUST,** <br><br> Appellants, <br><br> v. <br><br> **HIGHLAND CAPITAL MANAGEMENT, L.P.; and THE HIGHLAND CLAIMANT TRUST** <br><br> Appellees. | Adv. Proc. No. 23-03038-sgj <br><br><br> **Civil Case No. 3:24-cv-01531-X** |

## ORDER PARTIALLY DISMISSING PROCEEDING WITH PREJUDICE

The Court, having considered the *Motion for Partial Dismissal* (the "***Dismissal Motion***") (Doc. 29) filed by Hunter Mountain Investment Trust ("**HMIT**"), any response, reply, and arguments of counsel, is of the opinion that the Dismissal Motion is well taken and should be **GRANTED** in its entirety:

**IT IS THEREFORE ORDERED** that the proceedings defined in the Dismissal Motion as: "***Dugaboy Investment Trust v. Highland Cap. Mgmt, L.P.*, 3:24-cv-01531-X (N.D. Tex.) (only as to HMIT)**" are dismissed with prejudice.

1

**IT IS FURTHER ORDERED** that this order has no effect on Dugaboy's pending appeal in these proceedings.

**IT IS FURTHER ORDERED** that that all costs of Court are taxed against the party incurring same, and all parties are responsible for their own attorneys' fees and expenses.

**IT IS SO ORDERED** this 10th day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2