# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **DUGABOY INVESTMENT TRUST**<br><br>**Appellant,**<br><br>v.<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P. and HIGHLAND CLAIMANT TRUST**<br><br>**Appellees.** | **Civil Case No. 3:24-cv-01531-X** |

## NOTICE OF APPEAL

Dugaboy Investment Trust ("Appellant"), plaintiff in Civ. Act. No. 3:24-cv-01531-x and party-in-interest in the bankruptcy proceeding styled *In re Highland Capital Management, L.P.*, Case No. 19-34054-sgj11, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the United States District Court for the Northern District of Texas entered on July 30, 2025, as Dkt. 31 (the "Order"), which affirmed the bankruptcy court's order dismissing Appellant's Complaint to (I) Compel Disclosures About the Assets of the Highland Claimant Trust and (II) Determine (A) Relative Value of Those Assets, and (B) Nature of Plaintiffs' Interests in the Claimant Trust. A true and correct copy of the Order is attached hereto as **Exhibit A**.

The parties to the appeal are as follows:

Appellant: Dugaboy Investment Trust

Attorneys:
Deborah Deitsch-Perez
(Texas Bar No. 24036072)
Jeffrey T. Prudhomme
(Texas Bar No. 2405396)
Michael P. Aigen

(Texas Bar No. 24012196)
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Tel: (214) 560-2201
Tel: (214) 560-2207
Email: deborah.deitschperez@stinson.com
Email: jeff.prudhomme@stinson.com
Email: michael.aigen@stinson.com

Appellees: Highland Capital Management L.P. and Highland Claimant Trust

Attorneys:
Jeffrey N. Pomerantz
(CA Bar No. 143717)
John A. Morris
(NY Bar No. 2405397)
Gregory V. Demo
(NY Bar No. 5371992)
Hayley R. Winograd
(NY Bar No. 5612569)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067

Melissa S. Hayward
(Texas Bar No. 24044908)
Zachery Z. Annable
(Texas Bar No. 24053075)
HAYWARD PLLC
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231

          Respectfully submitted,

          **STINSON LLP**


By: */s/ Deborah Deitsch-Perez*
    Deborah Deitsch-Perez
    Texas Bar No. 24036072
    Michael Aigen
    Texas Bar No. 24012196
    2200 Ross Avenue
    Suite 2900
    Dallas, Texas 75201
    Telephone: (214) 560-2201
    Email: deborah.deitschperez@stinson.com
    Email: michael.aigen@stinson.com


*Attorneys for Dugaboy Investment Trust*

DATED: August 29, 2025

## Certificate of Service

The undersigned counsel hereby certified that August 29, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

> */s/ Deborah Deitsch-Perez*
> Deborah Deitsch-Perez

Case 23-03038-sgj    Doc 43    Filed 08/29/25    Entered 09/09/25 10:03:36    Desc Main
Case 3:24-cv-01531-X    Document 62    Document Filed 09/09/25    Page 4 of 4    PageID 3815

**NOTICE OF APPEAL - PAGE 4**
CORE/3524155.0004/231144503.1