# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>HIGHLAND SELECT MASTER EQUITY FUND, L.P.<br><br>DEBTOR. | § §<br>§ CASE NO: 23-31037-swe-7<br>§<br>§ Chapter 7<br>§ |

## TRUSTEE'S MEETING REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that the Debtor's meeting was held and concluded with assets. The trustee previously requested the Court notify creditors of assets and to file a proof of claim [Doc. No. 37] A bar date of November 16, 2023 has previously been established for this matter.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE